UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:09-CR-00077-FL-3

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **MOTION TO WITHDRAW** |
| | ) | |
| **Fahmi Abdullah** | ) | |

Comes Now the undersigned attorney, who respectfully moves this Court to allow her to withdraw from the representation of the Defendant, Fahmi Abdullah. In support of this request, the undersigned states the following:

1. The undersigned was appointed to represent the Defendant on or about August 21, 2009, and has represented him since that date.

2. On Wednesday October 7, 2009, Attorney Kelly Lathem filed a Notice of Appearance on behalf of the Defendant.

3. It is the understanding of the undersigned that Mr. Lathem has been retained by the Defendant to represent him.

WHEREFORE, counsel for the Defendant respectfully requests that this Honorable Court grant her leave to withdraw as counsel of record.

Respectfully submitted this the 9th day of October, 2009.

GUIRGUIS LAW, PA

\s\Nardine M. Guirguis
Nardine M. Guriguis
Attorney for Fahmi Abdullah
434 Fayetteville Street
Suite 2350
Raleigh, NC 27601
Telephone: (919)832-0500
Fax: (919)861-0170
Nardine@guirguislaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that copies of said Motion to Withdraw have been served upon:

>John H. Bennett
>United States Attorney's Office
>US Courthouse Annex 215 South Evans St.
>Suite 206
>Greenville, NC 27858
>Telephone: 252-830-0335
>Fax: 252-830-1182
>john.bennett2@usdoj.gov

By electronically filing the foregoing with the Clerk of Court on October 9, 2009 by CM/ECF, which will provide electronic copies to the above named attorney.

Respectfully submitted this 9th day of October, 2009.

>GUIRGUIS LAW, PA
>
>\s\Nardine M. Guirguis
>Nardine M. Guirguis
>Attorney for Fahmi Abdullah
>434 Fayetteville Street
>Suite 2350
>Raleigh, NC 27601
>Telephone: (919)832-0500
>Fax: (919)861-0170
>E-Mail: Nardine@guirguislaw.com